UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:      19-21283

FIGUEROA, Alvin A.                                  Chapter:          7

                                                    Judge:           CMG

### NOTICE OF PROPOSED ABANDONMENT

_____John Michael McDonnell_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court Clerk |
| --- | --- |
| | Clarkson S. Fisher U.S. Courthouse |
| | 402 East State Street |
| | Trenton, New Jersey 08608 |

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____8/20/2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 1972 Hom. Mobile Home |
| --- | --- |
| | Located at 15 3rd Street |
| | Avenel, New Jersey 07001 |
| | |
| | Value - $10,000 |

| Liens on property: | $0 |
| --- | --- |

| Amount of equity claimed as exempt: | $10,000 |
| --- | --- |

Objections must be served on, and requests for additional information directed to:

Name:          John Michael McDonnell, Chapter 7 Trustee

Address:       115 Maple Avenue, Red Bank, New Jersey 07701

Telephone No.: 732.383.7233

*rev.8/1/15*

```
                         United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 19-21283-CMG
Alvin A Figueroa                                               Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin             Page 1 of 1           Date Rcvd: Jul 12, 2019
                              Form ID: pdf905         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2019.
db             +Alvin A Figueroa,   15 3rd Street,   Avenel, NJ 07001-1640
518285410      +Amex,   PO Box 297812,   Fort Lauderdale, FL 33329-7812
518285411      +Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
518285413      +IC System Inc,   PO Box 64378,   Saint Paul, MN 55164-0378
518285415      +Specialized Loan Servicing,   8742 Lucent Blvd,   Suite 300,   Highland Ranch, CO 80129-2386
518285416     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,   PO Box 5855,
                 Carol Stream, IL 60197-5855)
518285418      +University Radiology Group,   c/o Remex Inc,   307 Wall Street,   Princeton, NJ 08540-1515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2019 00:24:46      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2019 00:24:43      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518285412      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 13 2019 00:25:39
                 Credit Collection Service,   PO Box 607,   Norwood, MA 02062-0607
518285419       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 13 2019 00:22:08
                 Verizon Wireless/Southeast,   PO Box 26055,   Minneapolis, MN 55426-0055
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518285414       landlord
518285417*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp,   5005 N. River Blvd,
                 Cedar Rapids, IA 52411)
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:
              Joan Sirkis Warren    on behalf of Debtor Alvin A Figueroa joan@joanlaverylaw.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```