**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alvin A Figueroa<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1210<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–21283–CMG | |

# Order of Discharge                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alvin A Figueroa

9/13/19                                              **By the court:** Christine M. Gravelle
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 19-21283-CMG
Alvin A Figueroa                                                    Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 1         Date Rcvd: Sep 13, 2019
                               Form ID: 318                Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db             +Alvin A Figueroa,    15 3rd Street,    Avenel, NJ 07001-1640
518285415      +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Highland Ranch, CO 80129-2386
518285418      +University Radiology Group,    c/o Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2019 00:37:11      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2019 00:37:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518285410      +EDI: AMEREXPR.COM Sep 14 2019 04:08:00      Amex,    PO Box 297812,
                 Fort Lauderdale, FL 33329-7812
518285411      +EDI: CHASE.COM Sep 14 2019 04:08:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
518285412      +EDI: CCS.COM Sep 14 2019 04:08:00      Credit Collection Service,    PO Box 607,
                 Norwood, MA 02062-0607
518285413      +EDI: IIC9.COM Sep 14 2019 04:08:00      IC System Inc,    PO Box 64378,
                 Saint Paul, MN 55164-0378
518285417       EDI: TFSR.COM Sep 14 2019 04:08:00      Toyota Motor Credit Corp,    5005 N. River Blvd,
                 Cedar Rapids, IA 52411
518285416       EDI: TFSR.COM Sep 14 2019 04:08:00      Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855
518285419       EDI: VERIZONCOMB.COM Sep 14 2019 04:08:00       Verizon Wireless/Southeast,    PO Box 26055,
                 Minneapolis, MN 55426-0055
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518285414        landlord
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2019                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              Joan Sirkis Warren    on behalf of Debtor Alvin A Figueroa joan@joanlaverylaw.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```